Katherine L. Eitenmiller, OSB #145731
Mark A. Manning, OSB #003119
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, Oregon 97401
T: (541) 686-1969
E: keitenmiller@hwbm.net
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SARAH E. BONNIN, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER, <br> Social Security Administration, <br><br> Defendant. | Case No. 6:19-cv-00120-HZ <br><br> JUDGMENT |

Pursuant to the Order for Remand (ECF No. 16) entered on January 31, 2020, this case is reversed and remanded for further administrative proceedings. Judgment is entered for Plaintiff and this case is closed.

DATED this _12_ day of February 2020.

_____
MARCO A. HERNANDEZ
United States District Court Judge

Proposed Order submitted by:
Katherine L. Eitenmiller
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street, Eugene, OR 97401
(541) 686-1969
keitenmiller@hwbm.net
Of Attorneys for Plaintiff